**Electronically Filed
Supreme Court
SCWC-18-0000480
27-OCT-2020
01:37 PM
Dkt. 11 ODAC**

SCWC-18-0000480

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ROBERT Z. GEIS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000480; CASE NO. 3DTC-17-051834)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Kawamura, assigned by reason of vacancy)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on September 14, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 27, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Shirley M. Kawamura

